# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

[1] OLUWASEGUN BAIYEWU

**DEFENDANT'S EXHIBIT LIST**

Case Number:   CRIMINAL NO. 21-395 (RAM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Raul M. Arias-Marxuach | L. Olinghouse, E. Powers, R. Greene | Carlos M. Sánchez La Costa, Lead Counsel <br> David M. Paz, Lead Counsel Pro Hac Vice |
| **TRIAL DATES:** <br> August 4, 2025 at 9:00 AM | **COURT REPORTER** <br> Robin Marie Dispenzieri | **COURTROOM DEPUTY** |

| PLTF or DEF. DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
|  | 7/28/2025 |  |  | Baiyewu's Shipopo, LLC Records |
|  | 7/28/2025 |  |  | Baiyewu's Shipopo, LLC Records Part 2 |
|  | 7/28/2025 |  |  | Baiyewu's Business EIN and Tax Information |
|  | 7/28/2025 |  |  | Baiyewu's Copart Sales Report Spreadsheet 1/4/2021 - 1/9/2021 |
|  | 7/28/2025 |  |  | Baiyewu's Copart Sales Report Spreadsheet 1/7/2020 - 1/8/2021 |
|  | 7/28/2025 |  |  | Baiyewu's Nigerian Rental Property |
|  | 7/28/2025 |  |  | Baiyewu's Nigerian Car Sales Records |
|  | 7/28/2025 |  |  | Shipopo Copart Records |
|  | 7/28/2025 |  |  | Shipopo Customer Invoices and Records |
|  | 7/28/2025 |  |  | Banking Records |
|  | 7/28/2025 |  |  | WhatsApp Communications |
|  | 7/28/2025 |  |  | Shipopo Profit and Loss |
|  | 7/28/2025 |  |  | Icon Logistics Invoices |
|  | 7/28/2025 |  |  | Expert Reports |
|  | 7/28/2025 |  |  | Certain Evidence Produced by Gov't Before Supp. Hearing |
|  | 7/28/2025 |  |  | Affidavits from Government's agents |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page   1   of   1   Pages