IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*.<br><br>*vs*.<br><br>OLUWASEGUN BAIYEWU,<br>    *Defendant*. | CRIM. NO. 21-CR-395 (RAM) |

## DEFENDANT MR. BAIYEWU'S WITNESS LIST

TO THE HONORABLE COURT:

The Defendant Mr. Oluwasegun Baiyewu, through his undersigned counsels, respectfully submits his Witness List.

**Defendant's Witnesses**

| First Name: | Last Name: |
|---|---|
| Janette | McCard |
| Uzoma Alexander | Eze |
| Ajibola | Baiyewu |
| Majemite | Omopedru |
| Michael | Attah |

Respectfully Submitted,

**SANCHEZ L**A **COSTA LAW FIRM**

/s/ *Carlos M. Sanchez La Costa*

**Carlo M. Sanchez La Costa**
*Lead Counsel*
USDC Bar No. 209410

Post Office Box 9023027
San Juan, Puerto Rico 00902-3027
Telephone: (787) 729-4646
Email: csanchez@sanchezlawpr.com

**PAZ AND ASSOCIATES LAW FIRM**

 /s/ *David M. Paz*

**David M. Paz**
*Lead Counsel Hac Pro Vice*
Texas State Bar Number: 24056111
1001 Texas Ave., Suite 570
Houston, Texas 77002
Telephone: (281) 743-7559
Fax: (281) 377-5047
Email: pazandassociates@hotmail.com

**COUNSEL FOR THE DEFENDANT, OLUWASEGUN BAIYEWU**

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the foregoing has been duly served upon counsel representing the Government in this matter *via* electronic filing with the Clerk of the Court using the CM/ECF System which will send notification of such to the Assistant United States Attorneys and all counsel of record on August 4, 2025.

 /s/ *Carlos M. Sanchez La Costa*
**Carlo M. Sanchez La Costa**
*Lead Counsel*
USDC Bar No. 209410

 /s/ *David M. Paz*
**David M. Paz**
*Lead Counsel Pro Hac Vice*
Texas State Bar Number: 24056111

**COUNSEL FOR THE DEFENDANT,
OLUWASEGUN BAIYEWU**